JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEAN MARQUEZ, et al., <br><br> Plaintiffs, <br><br> v. <br><br> RUBY'S DINER, INC., et al., <br><br> Defendants. | Case No. EDCV 15-1761-GW(JEMx) <br><br> **ORDER TO DISMISS WITH PREJUDICE** |

Based upon the stipulation between the parties and their respective counsel, it is hereby ORDERED that the above-entitled action is hereby dismissed with prejudice. Each party will bear its own attorneys' fees and expenses.

IT IS SO ORDERED.

Dated: June 24, 2016

_____
HONORABLE GEORGE H. WU
UNITED STATES DISTRICT JUDGE